**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1632**

---

JAMES KISSEE,

Plaintiff - Appellant,

versus

UNITED FOOD & COMMERCIAL WORKERS UNION,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western
District of Virginia, at Danville. Norman K. Moon, District Judge.
(CA-01-58-4)

---

Submitted: August 15, 2002       Decided: August 19, 2002

---

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James Kissee, Appellant Pro Se. James J. Vergara, Jr., VERGARA &
ASSOCIATES, Hopewell, Virginia; Mark H. Reynolds, BUTSAVAGE &
ASSOCIATES, P.C., Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Kissee appeals the district court's order denying relief on his employment discrimination action under 42 U.S.C. § 2000e-2(c) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Kissee v. United Food & Commercial Workers Union, No. CA-01-58-4 (W.D. Va. May 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2